UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GILBERT C. JACKSON**                              **CIVIL ACTION**

**VERSUS**                                          **NO: 06-3496**

**CAMP, DRESSER, & MCKEE, ET AL.**                  **SECTION: "K"(3)**

## JUDGMENT

For the reasons assigned in open court on this day after hearing oral argument on Defendants' Motion for Sanctions (*See* Rec.Doc.No. 5) it is hereby **ORDERED**, **ADJUDGED AND DECREED** that Plaintiff's attorney Stephen M. Smith be sanctioned pursuant to Rule 11 of the Federal Rules of Civil Procedure in the amount of $1000 to be paid as attorneys' fees to Lemle & Kelleher, LLP.

New Orleans, Louisiana, this  4th  day of October, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE