UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GILBERT C. JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-3496** |
| **CAMP, DRESSER, & MCKEE, ET AL.** | **SECTION: "K"(3)** |

## ORDER

    L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendants' Motion for Summary Judgment (Rec.Doc.No.6) set for hearing on September 20, 2006 has been timely submitted.

    Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

    **IT IS ORDERED** that the motion is **GRANTED WITH PREJUDICE**.

    New Orleans, Louisiana, this  4th  day of October, 2006.

                                                 **STANWOOD R. DUVAL, JR.**
                                    **UNITED STATES DISTRICT COURT JUDGE**